# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH STROUP**  PLAINTIFF
**ADC #500510**

**v.**  **CASE NO: 5:18CV00252 JM**

**WENDY KELLEY, Director,**
**Arkansas Department of Corrections;** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day February, 2019.

_____
UNITED STATES DISTRICT JUDGE